IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEJANDRO REYES and JOSE LEON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | 1:16-cv-11222 |
| ) | |
| A BUILDER'S DREAM INC. and LUIS DIAZ, ) | Hon. Sharon Johnson Coleman |
| individually, ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT

This matter comes before the Court on Plaintiffs' Motion for Default Judgment against Defendants A Builder's Dream Inc. and Luis Diaz. Plaintiffs' Motion for Default Judgment is GRANTED.

The Court finds good cause to award damages in the amount of $19,216.02.

It is ORDERED that a default is entered in the record of this case.

It is ORDERED, ADJUDGED, and DECREED that Plaintiffs Alejandro Reyes and Jose Leon recover from the Defendants A Builder's Dream Inc. and Luis Diaz, jointly and severally, the amount of $19,216.02.

It is ORDERED that Plaintiffs are allowed such writs and processes as may be necessary in enforcement and collection of this judgment.

_____
Hon. Sharon Johnson Coleman
United States District Judge

Dated: April 27, 2017